UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-20776-RNS

DANILO LOPEZ GARCIA and all others )
similarly situated under 29 U.S.C. 216(B), )
)
Plaintiff, )
)
vs. )
)
YACHTING PROMOTIONS, INC., )
Defendant. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Comes now, Plaintiff Danilo Lopez Garcia ("Plaintiff") by and through undersigned counsel, file this Plaintiff's Statement of Claim pursuant to Court Order D.E. 7, and states as follows:

A. **Federal Overtime Wage Claim**

1. Period of overtime wage claim: February 24, 2012 – January 4, 2015: 149 weeks.

2. Approximation of overtime hours worked per week: 12.

3. Hourly rate: $19.48/hr.

4. Applicable overtime rate based on hourly rate: $29.22/hr.

5. Overtime rate claimed: $23.22 ($29.22 minus $6.00 actually paid per hour)

6. Calculation of Overtime Wage Claim: 12 overtime hours a week, multiplied by the overtime amount claimed $23.22 (overtime rate subtracted by the amount actually paid per hour), multiplied by 149 weeks, equals $41,517.36. With statutory liquidated damages of twice the damages applied, the total overtime claim is equal to $83,034.72.

Dated this 3rd day of April, 2015.

                        Respectfully Submitted,

                        J.H. Zidell, P.A.
                        *Attorneys for Plaintiff*
                        300 71st Street, Suite 605
                        Miami Beach, Florida 33141
                        Tel: (305) 865-6766
                        Fax: (305) 865-7167

                        By:  /s/ Elizabeth O. Hueber
                        Elizabeth Olivia Hueber
                        Florida Bar Number: 0073061

## **CERTIFICATE OF SERVICE**

I hereby certify that as of the filing, April 3rd, 2015 of this Plaintiff's Statement of Claim that I am unaware of any Defendant having retained counsel or otherwise entering an appearance in this matter.

                        J.H. Zidell, P.A.
                        *Attorneys for Plaintiff*
                        300 71st Street, Suite 605
                        Miami Beach, Florida 33141
                        Tel: (305) 865-6766
                        Fax: (305) 865-7167

                        By:   /s/ Elizabeth O. Hueber
                        Elizabeth Olivia Hueber
                        Florida Bar No.: 0073061