UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20776-Civ-Scola

| | |
|---|---|
| DANILO LOPEZ GARCIA, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| Plaintiff, | ) ) |
| V. | ) ) |
| YACHTING PROMOTIONS, INC., | ) ) |
| Defendant. | ) ) ) |

## CASE MANAGEMENT REPORT

1.  **Meeting of Parties**: Pursuant to Local Rule 16.1 and Fed. R. Civ. 26(f), a meeting was held on May 15, 2015, and was attended by the following:

| Name | Counsel for (if applicable) |
|---|---|
| Elizabeth O. Hueber | Danilo Lopez Garcia |
| Kevin D. Zwetsch | Yachting Promotions, Inc. |
| Warren D. Astbury | |

2.  Documents (S.D. Fla. L.R. 16.1.B.1 and 2) – The parties shall determine the procedure for exchanging a copy of or a description by category and location of all documents and other evidence that is reasonably available and that a party expects to offer or may offer if the need arises. Fed. R. Civ. P. 26(a)(1)(B).

    a.  Documents include computations of the nature and extent of any category of damages claimed by the disclosing party unless the computations are privileged or otherwise protected from disclosure.(Fed. R. Civ. P. 26(a)(1)(C).

    b.  Documents include insurance agreements which may be at issue with the satisfaction of the judgment. Fed.R.Civ.P. 26(a)(1)(D).

3.  List of Witnesses – The parties shall exchange the name, address and, telephone number of each individual known to have knowledge of the facts supporting the material allegations of the pleading filed by the party. Fed. R. Civ. P. 26(a)(1)(A). The parties have a continuing obligation to disclose this information.

4. Settlement Discussions (S.D. Fla. L.R. 16.1.B.2) – The parties shall discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case.

The parties (check one)

__X__  have exchanged information referenced by Fed. R. Civ. P. 26(a)(1)(A)-(D) or agree to exchange such information on or before June 1, 2015.

_____  stipulate to not disclose information referenced by Fed. R. Civ. P. 26(a)(1)(A)-(D) for the specific reason(s) that:

_____  have been unable to reach agreement on whether to disclose information referenced by Fed. R. Civ. P. 26(a)(1)(A)-(D). (Identify party or parties) _____ objects to disclosure of such information for the specific reason(s) that:

Dated this 18th day of May, 2015

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| */s/Elizabeth O. Hueber* | */s/Kevin D. Zwetsch* |
| J.H. ZIDELL | WILLIAM E. GROB |
| Florida Bar Number 0010121 | Florida Bar Number 0463124 |
| E-mail: zabogado@aol.com | E-mail: william.grob@ogletreedeakins.com |
| ELIZABETH OLIVIA HUEBER | KEVIN D. ZWETSCH |
| Florida Bar Number 0073061 | Florida Bar Number 0962260 |
| E-mail: elizabeth.hueber.esq@gmail.com | E-mail: kevin.zwetsch@ogletreedeakins.com |
| JULIA M. GARRETT | WARREN D. ASTBURY |
| Florida Bar Number 105151 | Florida Bar Number |
| E-mail: jgarrett.jhzidellpa@gmail.com | E-mail: warren.astbury@ogletreedeakins.com |
| STEVEN C. FRASER | |
| Florida Bar Number 625825 | OGLETREE, DEAKINS, NASH, SMOAK &. |
| E-mail: steven.fraser.esq@gmail.com | STEWART, P.C. |
| | |
| J.H. ZIDELL, P.A. | 100 North Tampa Street, Suite 3600 |
| | Tampa, Florida  33602 |
| 300 71st Street, Suite 605 | Telephone:  813.289.1247 |
| Miami Beach, Florida  33141 | Facsimile: 813.289.6530 |
| Telephone: 305.865.6766 | |
| Facsimile: 305.865.7167 | ATTORNEYS FOR DEFENDANT |
| | YACHTING PROMOTIONS, INC. |
| ATTORNEYS FOR PLAINTIFF | |
| DANILO LOPEZ GARCIA | |

21247079.1