UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20776-CIV-SCOLA/Otazo-Reyes

DANILO LOPEZ GARCIA, )
*and all others similarly situated under 29* )
*U.S.C. § 216(b)*, )
 )
        Plaintiff, )
vs. )
 )
YACHTING PROMOTIONS, INC., )
 )
        Defendants. )
_____ )

## NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

COMES NOW Plaintiff, Danilo Lopez Garcia, by and through undersigned counsel, pursuant to the Court's Scheduling Order entered on July 1, 2015 [DE 19]. The parties have mutually agreed upon a mediator and a date certain for mediator, and hereby file the following:

1. Proposed Order Scheduling Mediation.

Respectfully submitted this August 28, 2015.

                                          J.H. Zidell, P.A.
                                          300 71st Street, Suite 605
                                          Miami Beach, Florida 33141
                                          Tel: (305) 865-6766
                                          Fax: (305) 865-7167
                                          *Attorneys for Plaintiff*

                                          By: <u>/s/ Julia M. Garrett</u>
                                          Julia M. Garrett, Esq.
                                          Florida Bar Number: 0105151
                                          jgarrett.jhzidellpa@gmail.com

## CERTIFICATE OF SERVICE:

I hereby certify that a true and correct copy of the foregoing with all attachments was electronically delivered via CM/ECF to all counsel or parties of record in the Service List below on August 28, 2015.

By: /s/ Julia M. Garrett
Julia M. Garrett, Esq.
jgarrett.jhzidellpa@gmail.com
Florida Bar Number: 0105151

## SERVICE LIST

**William Edward Grob**
813-221-7228
Email: william.grob@ogletreedeakins.com
**Kevin Douglas Zwetsch**
813-289-1247
Email: kevin.zwetsch@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
100 N. Tampa Street
Suite 3600
Tampa, FL 33602
Fax: 813-289-6530
*Attorneys for Defendants*