UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20776-CIV-SCOLA/Otazo-Reyes

DANILO LOPEZ GARCIA,                           )
*and all others similarly situated under 29*   )
*U.S.C. § 216(b)*,                             )
                                               )
          Plaintiff,             )
vs.                                            )
                                               )
YACHTING PROMOTIONS, INC.,                     )
                                               )
          Defendants.            )
_____        )

## ORDER SCHEDULING MEDIATION

The parties will hold the mediation conference in this matter before Laura Bonn on September 24, 2015 at 10:00 AM at 1 SE 3rd Avenue, Suite 1250, Miami, Florida 33131. The mediator and the parties have agreed to this date. The parties may not reschedule the mediation without leave of the Court.

Done and ordered in chambers, at Miami, Florida, on_____2015.

_____
Robert N. Scola, Jr.
United States District Judge