United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Danilo Lopez Garcia, Plaintiff ) | |
| ) | |
| v.  ) | Civil Action No. 15-20776-Civ-Scola |
| ) | |
| Yachting Promotions, Inc., ) | |
| Defendant ) | |

### Order Scheduling Mediation

The mediation conference in this matter will be held with Laura Bonn on September 24, 2015. The mediator and the parties have agreed to this date. It may not be rescheduled without leave of the Court.

The Court reminds the parties that the Mediation Report is due within seven days following the mediation conference. If the mediator fails to file a Mediation Report within seven days following the mediation conference, lead counsel must file a Mediation Report within 14 days after the mediation conference.

**Done and ordered**, at Miami, Florida, on August 31, 2015

_____
Robert N. Scola, Jr.
United States District Judge