UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20776-civ-Scola

DANILO LOPEZ GARCIA, and all others
Similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

v.

YACHTING PROMOTIONS, INC.,

        Defendant.
_____/

## NOTICE OF MEDIATION

YOU ARE HEREBY NOTIFIED that a Mediation Conference shall be held as follows:

DATE: September 24, 2015

TIME: 10:00 A.M.

HOURS RESERVED: 3 Hours

LOCATION: **Jeannie Reporting**
**28 West Flagler Street**
**Suite 610**
**Miami, FL 33130**
**Tel: 305-577-1705**

MEDIATOR: **Laura Bonn, Esq.**
Certified Circuit Civil Mediator

FEES: Payment due within ten (10) days after the Mediation (See
attached)

SUMMARY: Please send a summary of the case to the Mediator at least five (5) days prior to the scheduled conference.

*"If you are a person with a disability who needs any accommodations in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator (305) 373-8404 within two (2) working days of the receipt of the Notice of Mediation.*

The client or representative with full authority to settle, other than counsel, should be present at the mediation/arbitration conference. A representative of the insurance company with full authority to settle the dispute shall be present.

All parties acknowledge the mediation/arbitration conference and all communication between the parties, their counsel and mediator/arbitrator prior to or after the conference is a privileged proceeding involving confidential communications as set forth in Chapter 44, Florida Statutes. It is further acknowledged that the mediator/arbitrator is neutral and may not provide legal service, representation or legal advice to participants of the mediation/arbitration conference.

For each case scheduled for mediation/arbitration, $75.00 per party shall be added to the mediator/arbitrator's time as an administrative set-up fee. This fee is to defray costs of scheduling, the confirmation process, conference room space where applicable, and the paperwork/court filings undertaken. The minimum charge for a mediation/arbitration conference is two (2) hours or the time reserved by the parties. In the event of cancellation less than three (3) days before the conference, the minimum will be charged. Mediation/arbitration rates range from $375.00 to $400.00 per hour depending on the complexity of the matter and the number of parties involved.

It is our company policy that with any mediation/arbitration reserved over four consecutive hours, and in all court pre-suit and in-suit disputes, a non-refundable $750.00 deposit is required from each party. This is to guarantee the day and it is to be sent to us within three (3) business days from the date the Mediation/Arbitration Notice is filed with the Court.

In the event a dispute arises between the parties or over the Mediator/Arbitrator's fee, requiring the mediator/arbitrator to file Court papers or attend a Court Proceeding, mediator/arbitrator shall be entitled to recover from the parties, and their counsel and law firm, jointly and severally, his/her fees at the hourly rate of $350.00.

Unless counsel arranges with the undersigned for his/her client to pre-pay their entire portion of the mediation/arbitration fee, counsel and law firm acts as the disclosed principal for purposes of the mediator/arbitrator's fees herein and counsel and law firm and the parties agree that their appearance at the mediation/arbitration conference shall make them jointly and severally responsible for their respective share of the mediator/arbitrator's fee. Interest at the rate of 12% per annum will be charged on this invoice after it is ten (10) days past due and over.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by e-mail and/or fax and mailed _____9-1-15_____, to Counsel of Record listed below.

ATD Mediation, P.A.
10125 Emerson Street
Fort Lauderdale, FL 33076
(305) 926-8801 Fax: (954) 693-0673

By: _____
Cindy Niad Hannah, Esq.
Florida Bar #: 438545
MF #: LB-6104

Copies to Counsel of Record:
Elizabeth O. Hueber, Esq.
Kevin D. Zwetsch, Esq.