

**Elizabeth Hueber <elizabeth.hueber.esq@gmail.com>**

## Service of Court Documents 1:15-cv-20776-RNS Garcia v. Yachting

**Elizabeth Hueber** <elizabeth.hueber.esq@gmail.com>                                  Mon, Sep 21, 2015 at 8:24 PM
To: "Grob, William E." <william.grob@ogletreedeakins.com>, Kevin Zwetsch <kevin.zwetsch@ogletreedeakins.com>
Cc: Julia Garrett <jgarrett.jhzidellpa@gmail.com>, Jhz <zabogado@aol.com>

Document Type : Notice of Depositions
Date: 9/21/2015
Sender: Elizabeth Hueber
Case No.: 1:15-cv-20776-RNS
Case Name: Garcia v. Yachting

**Notice of Deposition.pdf**
84K