UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: CASE NO.: 1:15-CV-20776-RNS

DANILO LOPEZ GARCIA and all others )
similarly situated under 29 U.S.C. 216(B), )
                                                                           )
                 Plaintiff, )
vs. )
                                                                           )
YACHTING PROMOTIONS, INC., )
                                                                           )
                 Defendant. )
_____ )

## NOTICE OF TAKING DEPOSITIONS

**(Please advise 48 hours prior to depositions if an interpreter will be required)**

    Please take notice that on **Thursday October 1, 2015 at the below specified time(s)**, at J.H. Zidell, P.A., 300 71st Street, Suite 605, Miami Beach, Florida 33141, Tel: (305) 865-6766, Plaintiff will take the deposition(s) of the following deponent(s) **to be produced by Defense counsel as follows:**

1. 10:00 a.m. ------------------------------------------------------------- Ricardo Strul
2. 11: 30 p.m. ------------------------------------------------------------- Paul Zak

    Said deposition(s) will be upon oral examination an officer duly authorized by law to take depositions. The depositions will continue from day to day until completed. The depositions are being taken for purposes of discovery, for use at trial, or both or for such other purposes as are permitted under the applicable rules. The deposition may be recorded by videotape. The persons so designated shall testify about matters known or reasonably available.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiffs*

By: /s/ Elizabeth Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

**CERTIFICATE OF SERVICE**:

I hereby certify that a true and correct copy of the foregoing was sent via e-mail to counsel of record in the Service List below on September 21, 2015.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiffs*

By:  /s/ Elizabeth  Hueber
Elizabeth Olivia Hueber
Florida Bar Number: 0073061

**SERVICE LIST**

**William Edward Grob**
813-221-7228
Email: william.grob@ogletreedeakins.com
**Kevin Douglas Zwetsch**
813-289-1247
Email: kevin.zwetsch@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak, & Stewart, P.C.
100 N. Tampa Street
Suite 3600
Tampa, FL 33602
Fax: 813-289-6530
*Attorneys for Defendants*