UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20776-CIV-SCOLA/OTAZO-REYES

DANILO LOPEZ GARCIA,

    Plaintiff,

v.

YACHTING PROMOTIONS, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Danilo Lopez Garcia's ("Plaintiff") Motion to Compel Depositions and Responses to Requests for Production of Documents (hereafter, "Motion to Compel Depositions" and "Motion to Compel Responses," collectively, "Motion") [D.E. 27]. Plaintiff filed the Motion on October 28, 2015, twenty days past the discovery deadline of October 7, 2015. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 7]. The undersigned held a hearing on the matter on November 13, 2015. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- The Motion to Compel Depositions is DENIED as untimely, without prejudice to Plaintiff seeking further relief from the District Court.

- The Motion to Compel Responses is DENIED as moot in light of Defendant's counsel's representation at the hearing that all responsive documents to Requests for Production 3, 4, and 5 have been produced.

DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of November, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:  United States District Judge Robert N. Scola, Jr.
     Counsel of Record