AO 133  (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| Danilo Lopez Garcia, | ) |
|---|---|
| v. | ) Case No.: 15-20776-Civ-Scola |
| Yachting Promotions, Inc., | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __12/08/2015__ against __Plaintiff, Danilo Lopez Garcia__,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................... | $ 0.00 |
| Fees for service of summons and subpoena ........................................ | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 2,981.60 |
| Fees and disbursements for printing ............................................ | 0.00 |
| Fees for witnesses *(itemize on page two)* ........................................ | $0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. .................................... | 0.00 |
| Docket fees under 28 U.S.C. 1923 ............................................ | 0.00 |
| Costs as shown on Mandate of Court of Appeals ................................... | 0.00 |
| Compensation of court-appointed experts ....................................... | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | 0.00 |
| Other costs *(please itemize)* ................................................ | 590.62 |
| TOTAL | $ 3,572.22 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

✔ Electronic service             ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  /s/Kevin D. Zwetsch
Name of Attorney: Kevin D. Zwetsch

For:         Yachting Promotions, Inc.                     Date:    12/10/2015
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*                      *Deputy Clerk*                      *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ITEMIZATION FOR YACHTING PROMOTIONS, INC.'S BILL OF COSTS

**Fees for Transcripts**     **(Documentation attached hereto as Exhibit A)**

| | |
|---|---:|
| Transcript of deposition of Danilo Lopez Garcia (07/31/15) | $2,684.60 |
| Transcript of deposition of Robert Correa (08/11/15) | $297.00 |
| **Total Costs - Fees for Transcripts** | **$2,981.60** |

**Other Costs**     **(Documentation attached hereto as Exhibit B)**

| | |
|---|---:|
| Mediation (09/24/15) | $590.62 |
| **Total Costs - Other Costs** | **$590.62** |

**TOTAL VERIFIED ITEMIZED COSTS OF DEFENDANT**     **$3,572.22**

# EXHIBIT A



www.anthemreporting.com | 888.909.2720

Kevin Zwetsch
Ogletree, Deakins, Nash, Smoak & Stewart P.C.
100 N. Tampa Street
Ste: 3600
Tampa, FL 33602

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 19792 | 8/14/2015 | 16471 |
| Job Date | Case No. | |
| 7/31/2015 | 15-20776-CIV-SCOLA | |
| Case Name | | |
| Danilo Lopez Garcia v Yachting Promotions | | |
| Payment Terms | | |
| Net 30 | | |

| | | |
|---|---|---|
| Danilo Lopez Garcia - SPANISH | | |
| Spanish Interpreter | 9.00 Hours | 1,125.00 |
| Danilo Lopez Garcia | | |
| Expedited Original (6-day) | 173.00 Pages | 908.25 |
| Reporter Appearance 1st hour | | 75.00 |
| Reporter Appearance additional hours | 8.00 | 520.00 |
| Additional fee for Overtime | 0.50 | 15.00 |
| Black & White Exhibits | 71.00 Pages | 28.40 |
| Shipping/Handling/Delivery | | 12.95 |
| | TOTAL DUE >>> | $2,684.60 |

Strong client relationships, competitive pricing and exceptional transcription!

In accepting our services, the attorney agrees to take full responsibility for payment. No credit is extended to attorney's clientele or any other third parties. All accounts over 30 days are subject to a 1% monthly late fee. A 2.5% fee will be charged to all credit card payments.

Office: 813.272.2720 | Fax: 813.272.2710
Email: anthem@anthemreporting.com

Tax ID: 27-3787684

*Please detach bottom portion and return with payment.*

Kevin Zwetsch
Ogletree, Deakins, Nash, Smoak & Stewart P.C.
100 N. Tampa Street
Ste: 3600
Tampa, FL 33602

| | | | |
|---|---|---|---|
| Job No. | : 16471 | BU ID | : Anthem |
| Case No. | : 15-20776-CIV-SCOLA | | |
| Case Name | : Danilo Lopez Garcia v Yachting Promotions | | |
| Invoice No. | : 19792 | Invoice Date | : 8/14/2015 |
| Total Due | : $2,684.60 | | |

Remit To: **Anthem Reporting**
**101 South Franklin Street**
**Suite 100**
**Tampa, FL 33602**

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# Invoice

**Depo Express, Inc.**
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

| Date | Invoice # |
|---|---|
| 8/26/2015 | 2425 |

**Bill To**

Ogletree, Deakins
Kevin Zwetsch, Esq.
100 North Tampa Street
Suite 3600
~~Miami~~ Tampa, Florida 33141

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
|  |  | 8/26/2015 |  |

| Qty | Item Code | Description | Rate | Sub Total |
|---|---|---|---|---|
| 0 | appearance f... | Date   8-11-15   Time | 75.00 | 0.00 |
| 0 | original + 1 |  | 3.00 | 0.00 |
| 40 | exhibits |  | 0.40 | 16.00 |
| 0 | condensed/a... |  | 25.00 | 0.00 |
| 1 | courier |  | 35.00 | 35.00 |
| 82 | certified copy | Deposition of Ron Correa | 3.00 | 246.00 |

Thanks for your business. It was a pleasure working with you.
All accounts due within 30 days of receipt of invoice or a $35.00 late fee will be applied to account.

Garcia V. Yachting Promotions

**Total** $297.00

# EXHIBIT B

T-02-2015 21:37   From:magic jack   9546930673   To:18132896530   Page:1/1

## ATD Mediation & Arbitration, PA

10125 Emerson Street
Ft. Lauderdale, FL 33076

Phone #  305-926-8801
Fax #    954-693-0673

# Invoice

| Date of Mediation | Invoice # |
|---|---|
| 9/24/2015 | 10845 |

**Bill To**

Ogletree, Deakins, Nash, Smoak & Stewart
Kevin D. Zwetsch, Esq.
100 North Tampa Street
Suite 3600
Tampa, FL 33602

Attn: Bookkeeping Dept
Fax: 813-289-6530

| M.F. No. | Terms |
|---|---|
| B-6108 | Due on receipt |

| Description | Hours | Amount |
|---|---|---|
| Cindy Niad Hannah, Esq.<br>Danilo Lopez Garcia et al vs. Yatching Promotions, Inc.<br>Case # 15-20776-CIV-SCOLA | 2.75 | 590.62 |
| This sum represents your one half portion of the mediation fee. | **Total** | **$590.62** |

Federal Tax I.D. 46-1619913